ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com

VICTOR JIH, State Bar No. 186515
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329
Email: vjih@wsgr.com

SAMANTHA A. MACHOCK, State Bar No. 298852
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
12235 El Camino Real
San Diego, CA 92130-3002
Telephone: (858) 350-2300
Facsimile: (866) 974-7329
Email: smachock@wsgr.com

*Attorneys for Defendants*
*TikTok Inc. and ByteDance Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN RECHT,<br><br>  Plaintiff,<br><br>  v.<br><br>TIKTOK INC, et al.,<br><br>  Defendants. | CASE NO.: 2:22-cv-08613-MEMF-AGR<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B, 8th Floor<br>Complaint: November 25, 2022 |

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for TikTok Inc. and ByteDance Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- TikTok LLC (corporate parent of TikTok Inc.);
- TikTok Ltd. (corporate parent of TikTok LLC);
- ByteDance Ltd. (corporate parent of TikTok Ltd. and Bytedance Inc.).

No publicly held corporation owns more than 10% stock in Bytedance Ltd.

Dated: December 14, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Anthony J Weibell
Anthony J Weibell

Attorneys for Defendants
TikTok Inc. and ByteDance Inc.